FLANAGAN v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. October 28, 1910.)

Costs (§ 48*)—Dismissal of Complaint as to Part of Issues.

Defendant is not entitled to a judgment for costs against plaintiff, upon judgment dismissing the complaint as to part of the issues, but must wait until the remaining issues are finally disposed of.

[Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 192–196; Dec. Dig. § 48.*]

Appeal from Special Term, New York County.

Action by Elizabeth M. Flanagan, administratrix, against the City of New York. From an order vacating a judgment dismissing the complaint as to one cause of action, defendant appeals. Affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Terence Farley, for appellant.

L. Laflin Kellogg, for respondent.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. We do not think the defendant was entitled to enter any final judgment upon this dismissal until the remaining issues were disposed of; but, as the plaintiff does not appear from the order allowing a final judgment to stand, the question is not before us. In no event, however, could the defendant be entitled to a judgment for costs as against the plaintiff at this stage of the action, and until the remaining issues are finally disposed of.

The order, therefore, is affirmed, with $10 costs and disbursements.